**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

JANE HEITING, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

EMBURSE, INC., a Texas corporation; and DOES 1 through 15, inclusive,

Defendants.

Case No.: 3:26-cv-01853-E

---

**NOTICE OF SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jane Heiting and Defendant Emburse, Inc. have reached a resolution of the above-captioned case. The Parties are working on the final settlement papers and expect Plaintiff will dismiss her individual claims with prejudice within the next 45 days.

Dated: July 6, 2026

*/s/Robert Tauler*
Robert Tauler, Esq. (#24122095)

*/s/Camrie Ventry*
Camrie Ventry, Esq. (#24126131)

**TAULER SMITH LLP**
626 Wilshire Blvd., Suite 1100
Los Angeles, CA 90017
Telephone: (213) 927-9270

100 Crescent Court, 7th Floor
Dallas, TX 75201
Telephone: (512) 456-8760

*Attorneys for Plaintiff John Lyons*