**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JANE HEITING,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:26-CV-01853-E** |
| | § | |
| **EMBURSE INC et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**<u>ORDER FOR SETTLMENT DOCUMENTS</u>**

The Parties filed a Notice of Settlement in this case ECF No. 7. Accordingly, the Court **STAYS** all deadlines and **ORDERS** the Parties to file a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)) no later than **August 21, 2026**. If a stipulation of dismissal is not filed by this deadline and further proceedings become necessary or desirable, Parties should immediately file a Joint Status Report with this Court.

**SO ORDERED** this **July 20, 2026**.

Ada Brown
UNITED STATES DISTRICT JUDGE